**ORDERED ACCORDINGLY.**

**Dated: August 17, 2016**

*[signature]*

**George B. Nielsen, Bankruptcy Judge**
_____

Christopher R. Kaup, State Bar No. 014820
Timothy C. Bode, State Bar No. 031484

**TB TIFFANY & BOSCO P.A.**

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; tcb@tblaw.com
*Attorneys for Metro Phoenix Bank, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CRAIGHTON BOATES,<br><br>　　　　　Defendant.<br>_____<br>METRO PHOENIX BANK, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CRAIGHTON BOATES and KRISTINE BOATES, husband and wife,<br><br>　　　　　Defendants. | Chapter 7<br><br>Case No.: 2:14-bk-17115-GBN<br><br>Adversary No. 2:14-ap-00966-GBN<br><br>**STIPULATED JUDGMENT** |

Having considered the Parties' *Stipulation for Entry of Judgment* and, good cause appearing:

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of Metro Phoenix Bank and against Craighton Boates, his sole and separate property, Craighton Boates and Kristine Boates' marital community and the Boates' marital property in the amount of $3,000,000.00, plus all reasonable attorneys' fees and costs incurred to enforce this Stipulated Judgment; and

15049-002/49A6975.DOC

-1-

1    2. Amounts owed to Metro Phoenix Bank by Craighton Boates and the Boates' marital

2  community and marital property under this Stipulated Judgment are non-dischargeable pursuant

3  to 11 U.S.C. §§ 523(a)(2) and (6).

4    **IT IS FURTHER ORDERED** that the hearing set for September 13, 2016, at 9:30 a.m. is

5  vacated.  The Clerk of the Court is directed to close this adversary proceeding.

7    **SIGNED AND DATED ABOVE.**

**AGREED AND APPROVED
AS TO FORM AND CONTENT**:

| /s/ Christopher R. Kaup | /s/ Mark C. Hudson (signed with permission) |
|---|---|
| Christopher R. Kaup, Esq. | Mark C. Hudson, Esq. |
| Tiffany & Bosco, P.A. | Cody J. Jess, Esq. |
| *Attorneys for Metro Phoenix Bank, Inc.* | Schian Walker, P.L.C. |
|  | *Attorneys for Craighton Boates and Kristine Boates* |

15049-002/49A6975.DOC