# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

*Hearing Information:*

    **Debtor:** CRAIGHTON THOMAS BOATES
    **Case Number:** 2:14-BK-17115-GBN    **Chapter:** 7
    **Date / Time / Room:** TUESDAY, AUGUST 30, 2016 10:45 AM   6TH FLOOR #602
    **Bankruptcy Judge:** GEORGE B. NIELSEN
    **Courtroom Clerk:** JENNIFER LOWRY
    **Reporter / ECR:** SELVINA BENNINK

*Matter:*

1) ADV: 2-15-00269

   **Dale D. Ulrich vs Schian Walker, PLC**

   STATUS HEARING ON ADVERSARY PROCEEDING REOPENING AND REMAND FROM THE APPELLATE COURT

   R / M #: 0 / 0

2) ADV: 2-14-00966

   **METRO PHOENIX BANK, INC. vs CRAIGHTON THOMAS BOATES & KRISTINE BOATES**

   CONTINUED STATUS HEARING ON COMPLAINT RE: DISCHARGEABILITY

   R / M #: 56 / 0

    VACATED: STIPULATED MOTION TO CONTINUE HEARING FILED 7/20/16. HEARING CONTINUED TO 9/13/16 AT 9:30 AM.

*Appearances:*

 TERRY A. DAKE, ATTORNEY FOR DALE D. ULRICH
 MARK C. HUDSON, ATTORNEY FOR SCHIAN WALKER, PLC

Page 1 of 2                                  08/30/2016 12:03:48PM

Case 2:14-ap-00966-GBN   Doc 102   Filed 08/30/16   Entered 08/30/16 12:04:02   Desc
Main Document    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:14-BK-17115-GBN            TUESDAY, AUGUST 30, 2016 10:45 AM

## *Proceedings:*

### **MATTER 1**

The Court discussed the remand from the appellate court and the Motion for Summary Judgment filed by the Trustee.

Mr. Hudson responded that he has not yet had a chance to review the motion and suggested that the parties narrow down the issues that the Bankruptcy Appellate Panel directed them to revisit. Mr. Hudson discussed the possibility of filing a cross motion and the need for deadlines to file a response and reply.

Mr. Dake responded.

COURT: IT IS ORDERED DIRECTING MR. HUDSON TO HAVE THE RESPONSE, OR THE POSSIBLE CROSS MOTION, FILED AND SERVED NO LATER THAN MONDAY, OCTOBER 17, 2016. ANY REPLY, OR RESPONSE TO THE CROSS MOTION, SHALL BE SERVED AND FILED NO LATER THAN NOVEMBER 7, 2016 AND ANY REPLY SHALL BE SERVED AND FILED NO LATER THAN NOVEMBER 21, 2016.

IT IS FURTHER ORDERED SETTING ORAL ARGUMENT ON NOVEMBER 30, 2016 AT 11:00 AM.

### **MATTER 2**

VACATED: STIPULATED MOTION TO CONTINUE HEARING FILED 7/20/16. HEARING CONTINUED TO 9/13/16 AT 9:30 AM.