Christopher R. Kaup, State Bar No. 014820
Timothy C. Bode, State Bar No. 031484

**TB TIFFANY & BOSCO** P.A.

Seventh Floor, Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
E-Mail: crk@tblaw.com; tcb@tblaw.com
*Attorneys for Metro Phoenix Bank, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CRAIGHTON BOATES,<br><br>    Defendant.<br>_____<br>METRO PHOENIX BANK, INC.,<br><br>    Plaintiff,<br>  v.<br><br>CRAIGHTON BOATES and KRISTINE BOATES, husband and wife,<br><br>    Defendants. | Chapter 7<br><br>Case No.: 2:14-bk-17115-GBN<br><br>Adversary No. 2:14-ap-00966-GBN<br><br>**AMENDED STIPULATED JUDGMENT** |

Having considered the Parties' *Stipulation for Entry of Corrected Judgment* and good cause appearing:

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor of Metro Phoenix Bank and against Craighton Boates, his sole and separate property, Craighton Boates and Kristine Boates' marital community and the Boates' marital property in the amount of $3,000,000.00, plus all reasonable attorneys' fees and costs incurred to enforce this Stipulated Judgment; and

15049-002/49P6965.DOC

2. Amounts owed to Metro Phoenix Bank by Craighton Boates and the Boates marital community and marital property under this Stipulated Judgment are non-dischargeable pursuant to 11 U.S.C. §§ 523(a)(6).

3. This Amended Stipulated Judgment is substituted for the Stipulated Judgment appearing at Docket Nos. 98 and 99 in this case.

**SIGNED AND DATED ABOVE.**

**AGREED AND APPROVED
AS TO FORM AND CONTENT**:

| /s/ Christopher R. Kaup | /s/ Cody J. Jess (signed w/permission) |
|---|---|
| Christopher R. Kaup, Esq. | Cody J. Jess, Esq. |
| Tiffany & Bosco, P.A. | Schian Walker, P.L.C. |
| *Attorneys for Metro Phoenix Bank, Inc.* | *Attorneys for Craighton Boates and Kristine Boates* |

15049-002/49P6965.DOC